UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  MARTA OYOLA

BANKRUPTCY APPEAL

CIVIL ACTION NO.  05-30027-MAP

O R D E R

**PONSOR, D.J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on  1/26/2005 ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before  FEBRUARY 16, 2005  and the Appellee's brief shall be filed on or before  MARCH 9, 2005 .  The Appellant may file and serve a reply brief on or before  MARCH  15, 2005 .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

|  |  |
|---|---|
| 1/26/2004 | By the Court, |
|  | /S/ MARY FINN |
| Date | Deputy Clerk |

(BKAppeal Bro.wpd - 12/98)                                                                                          [bro.]