UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MARTA OYOLA,
          Appellant(s)


          v.                              CIVIL ACTION:  05-30027-MAP



PHOEBE MORSE, ET AL,
UNITED STATES TRUSTEES,
          Appellee(s)


## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;


**Jury Verdict.**  This action came before the court for a trial by jury.  The issues
have been tried and the jury has rendered its verdict.


X    **Decision by the Court**.  This action came to trial or hearing before the Court.
The issues have been tried or heard and a decision has been rendered.


**IT IS  ORDERED AND ADJUDGED**

JUDGMENT FOR THE APPELLEE(S) PURSUANT TO THE MEMORANDUM
OF THE COURT ENTERED ON JUNE 6, 2005, DISMISSING THE APPEAL,


                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: June 7,  2005              By   /s/ John C. Stuckenbruck
                                   Deputy Clerk

(Judgment Civil.wpd - 11/98)                              [jgm.]